UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| **Joy C. Griffith,**          ) | |
|     **PLAINTIFF,**     ) | CASE #: 3:25-CV-839-_____ |
|                                         ) | |
| **v.**                               ) | |
|                                         ) | |
| **KLIMA, PETERS & DALY, P.A., P.C.** ) | |
| **LVNV FUNDING, LLC**        ) | **JURY TRIAL DEMANDED** |
|     **DEFENDANTs.**     ) | |

COVER LETTER FOR SUMMONSES

Comes now the Plaintiff, by counsel and files the following Summonses

1. Klima, Peters & Daly, PA PC

2. LVNV Funding, LLC

                                                    Joy C. Griffith

                                                  /s/ Jason M. Krumbein, Esq.
                                                  Jason M. Krumbein, Esq. VSB#43538
                                                  JKrumbein@KrumbeinLaw.com (e-mail)
                                                  Counsel for Plaintiff
                                                  10307 W. Broad St. Suite 293
                                                  Glen Allen, VA 23060
                                                  804.592.0792
                                                  804.823.2565 (fax)

---

Jason M. Krumbein, Esq. VSB#43538
Counsel for Plaintiff
10307 W. Broad St. Suite 293
Glen Allen, VA 23060
804.592.0792
804.823.2565 (fax)
JKrumbein@KrumbeinLaw.com (e-mail)