# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Richmond Division

| | |
|---|---|
| JOY C. GRIFFITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 3:25-cv-839 |
| | ) |
| KLIMA, PETERS & DALY, P.A., P.C., | ) |
| and LVNV FUNDING, LLC | ) |
| | ) |
| Defendants. | ) |

## AGREED MOTION FOR EXTENSION OF DEADLINE

Defendant LVNV Funding, LLC, ("LVNV" or "Defendant"), with the consent and agreement of Plaintiff, respectfully requests a thirty (30) day extension of its responsive pleading deadline from November 12, 2025 to December 15, 2025. LVNV's counsel was only recently retained in this matter and the modest extension would allow the parties to focus their efforts on their ongoing settlement discussions. Pursuant to Local Rule 7(F)(2)(b), this motion is made before LVNV's original deadline to respond to the Complaint has elapsed. A proposed Agreed Order is attached hereto as **Exhibit A.**

DATED: November 6, 2025

                                                           Respectfully submitted,
                                                           **LVNV FUNDING, LLC**

                                                           */s/ Laura May Hooe*
                                                           Laura May Hooe, Esq. (VSB# 84170)
                                                           Klein Thomas Lee & Fresard
                                                           Three James Center
                                                           1051 E. Cary Street, Suite 1430
                                                           Richmond, VA 23219
                                                           Phone: 703-577-6644
                                                           Laura.hooe@kleinthomaslaw.com
                                                           ***Counsel for LVNV Funding, LLC***

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 6th day of November, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to the following:

    Jason M. Krumbein, Esq. VSB#43538
    Krumbein Consumer Legal Services
    10307 W. Broad St. Suite 293
    Glen Allen, VA 23060
    Tel: (804) 592-0792
    Fax: (804) 823-2565
    Jkrumbein@krumbeinlaw.com
    ***Counsel for Plaintiff***

                                             /s/ Laura May Hooe