**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| **JOY C. GRIFFITH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Civil Action No.: 3:25-cv-839** |
| | ) | |
| **KLIMA, PETERS & DALY, P.A., P.C.,** | ) | |
| **and LVNV FUNDING, LLC** | ) | |
| | ) | |
| **Defendants.** | ) | |

## AGREED ORDER ON JOINT MOTION FOR EXTENSION OF DEADLINE

The Court having considered the parties' *Joint Motion for Extension of Deadline* [ECF No. 2], finds that good cause exists to GRANT the Motion. LVNV's deadline to respond to Plaintiff's Complaint is hereby extended from November 12, 2025 to December 15, 2025.

IT IS SO ORDERED.

_____
Hon. Robert E. Payne, U.S. District Judge