UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| **Joy C. Griffith,**<br>    PLAINTIFF, | )<br>)   CASE #: 3:25-CV-839-REP<br>) |
| v. | )<br>) |
| **KLIMA, PETERS & DALY, P.A., P.C.**<br>**LVNV FUNDING, LLC**<br>    DEFENDANTs. | )<br>)   JURY TRIAL DEMANDED<br>) |

<u>CONSENT TO EXTENSION BY LVNV FUNDING, LLC</u>

Comes now the Plaintiff, by counsel and CONSENTS to the request for extension by counsel for LVNV FUNDING, LLC.

 

Joy C. Griffith

 /s/ Jason M. Krumbein, Esq.
Jason M. Krumbein, Esq. VSB#43538
JKrumbein@KrumbeinLaw.com (e-mail)
Counsel for Plaintiff
10307 W. Broad St. Suite 293
Glen Allen, VA 23060
804.592.0792
804.823.2565 (fax)

---

Jason M. Krumbein, Esq. VSB#43538
Counsel for Plaintiff
10307 W. Broad St. Suite 293
Glen Allen, VA 23060
804.592.0792
804.823.2565 (fax)
JKrumbein@KrumbeinLaw.com (e-mail)

CERTIFICATE OF SERVICE

I hereby certify that on this 6 November 2025 I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

**Joseph Tucker, Esq.**
**Laura Hooe, Esq.**
**Counsel for LVNV Funding, LLC**

And to the following non-filing users:

NONE

                                              /s/
                              Jason M. Krumbein, Esq. VSB# 43538
                              JKrumbein@KrumbeinLaw.com
                              Krumbein Consumer Legal Services, Inc.
                              1650 Willow Lawn Dr. Suite 201
                              Richmond, VA 23230
                              (804) 592-0792 - Telephone
                              (804) 823-2565 – Facsimile

Jason M. Krumbein, Esq. VSB#43538
Counsel for Plaintiff
10307 W. Broad St. Suite 293
Glen Allen, VA 23060
804.592.0792
804.823.2565 (fax)
JKrumbein@KrumbeinLaw.com (e-mail)