IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JOY C. GRIFFITH,

    Plaintiff,

v.                                        Civil Action No. 3:25cv839

KILMA, PETERS & DALY, P.A.,
P.C., et al.,

    Defendants.

### ORDER

Having considered the AGREED MOTION FOR EXTENSION OF DEADLINE ("Motion for Extension") (ECF No. 5) and the plaintiff's CONSENT TO EXTENSION BY LVNV FUNDING, LLC (ECF No. 68), it is hereby ORDERED that the Motion for Extension (ECF No. 5) is granted with modification. It is further ORDERED that the defendant, LVNV Funding, LLC, shall file its Answer and any other motions with respect to the Complaint by December 15, 2025.

It is so ORDERED.

                                                      /s/ REP
                                          Robert E. Payne
                                          Senior United States District Judge

Richmond, Virginia
Date: November 7, 2025