UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| Joy C. Griffith,<br>   PLAINTIFF, | )<br>)   CASE #: 3:25-CV-839-REP<br>) |
| v. | )<br>) |
| KLIMA, PETERS & DALY, P.A., P.C.<br>LVNV FUNDING, LLC<br>   DEFENDANTs. | )<br>)   JURY TRIAL DEMANDED<br>) |

## NOTICE OF SETTLEMENT AS TO LVNV FUNDING, LLC

Comes now the Plaintiff, by counsel and give notice that LVNV FUNDING, LLC has settled. An order will circulate within 21 days.

                            Joy C. Griffith

                            /s/ Jason M. Krumbein, Esq.
                            Jason M. Krumbein, Esq. VSB#43538
                            JKrumbein@KrumbeinLaw.com (e-mail)
                            Counsel for Plaintiff
                            10307 W. Broad St. Suite 293
                            Glen Allen, VA 23060
                            804.592.0792
                            804.823.2565 (fax)

---

Jason M. Krumbein, Esq. VSB#43538
Counsel for Plaintiff
10307 W. Broad St. Suite 293
Glen Allen, VA 23060
804.592.0792
804.823.2565 (fax)
JKrumbein@KrumbeinLaw.com (e-mail)

CERTIFICATE OF SERVICE

I hereby certify that on this 11 December 2025 I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

**Joseph Tucker, Esq.**
**Laura Hooe, Esq.**
**Counsel for LVNV Funding, LLC**

And to the following non-filing users:

NONE

_____/s/_____
Jason M. Krumbein, Esq. VSB# 43538
JKrumbein@KrumbeinLaw.com
Krumbein Consumer Legal Services, Inc.
1650 Willow Lawn Dr. Suite 201
Richmond, VA 23230
(804) 592-0792 - Telephone
(804) 823-2565 – Facsimile

---

Jason M. Krumbein, Esq. VSB#43538
Counsel for Plaintiff
10307 W. Broad St. Suite 293
Glen Allen, VA 23060
804.592.0792
804.823.2565 (fax)
JKrumbein@KrumbeinLaw.com (e-mail)