IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JOY C. GRIFFITH,

    Plaintiff,

v.                                    Civil Action No. 3:25cv839

KLIMA, PETERS & DALY,
P.A., P.C., et al.

    Defendants.

### ORDER

Having considered the NOTICE OF SETTLEMENT AS TO LVNV FUNDING, LLC (ECF No. 9) filed on December 11, 2025, and it appearing that the disputes in this action have been settled with respect to the defendant, LVNV Funding, LLC, it is hereby ORDERED that the parties shall file a Stipulation of Dismissal by January 2, 2026.

It is so ORDERED.

                                                      /s/
                                        Robert E. Payne
                                        Senior United States District Judge

Richmond, Virginia
Date: December 16, 2025