UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| Joy C. Griffith,<br>    PLAINTIFF,<br><br>v.<br><br>KLIMA, PETERS & DALY, P.A., P.C.<br>LVNV FUNDING, LLC<br>    DEFENDANTs. | CASE #: 3:25-CV-839-REP<br><br><br><br><br>JURY TRIAL DEMANDED |

## STIPULATION OF DISMISSAL AS TO LVNV FUNDING, LLC

Come now the Plaintiff, by counsel and LVNV Funding, LLC, by counsel, and STIPULATE that this matter is dismissed with prejudice. The court shall retain jurisdiction to enforce any settlement agreement between the parties. Each party shall bear their own fees, costs and expenses.

Joy C. Griffith                                                LVNV Funding, LLC

 /s/ Jason M. Krumbein, Esq.                    /s/ Laura May Hooe, Esq.
Jason M. Krumbein, Esq. VSB#43538     Laura May Hooe, Esq. VSB84170
JKrumbein@KrumbeinLaw.com (e-mail)  Laura.Hooe@KleinThomasLaw.com (email)
Counsel for Plaintiff                                  Klein Thomas Lee & Fresard
10307 W. Broad St. Suite 293                  Counsel for LVNV Funding, LLC
Glen Allen, VA 23060                               Three James Center
804.592.0792                                            1051 E. Cary St. Suite 1430
804.823.2565 (fax)                                   Richmond, VA 23219
                                                                  703.577.6644

---

Jason M. Krumbein, Esq. VSB#43538
Counsel for Plaintiff
10307 W. Broad St. Suite 293
Glen Allen, VA 23060
804.592.0792
804.823.2565 (fax)
JKrumbein@KrumbeinLaw.com (e-mail)

CERTIFICATE OF SERVICE

I hereby certify that on this 31 December 2025 I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

**Joseph Tucker, Esq.**
**Laura Hooe, Esq.**
**Counsel for LVNV Funding, LLC**

And to the following non-filing users:

NONE

                                                                                                 /s/
Jason M. Krumbein, Esq. VSB# 43538
JKrumbein@KrumbeinLaw.com
Krumbein Consumer Legal Services, Inc.
1650 Willow Lawn Dr. Suite 201
Richmond, VA 23230
(804) 592-0792 - Telephone
(804) 823-2565 – Facsimile

---

Jason M. Krumbein, Esq. VSB#43538
Counsel for Plaintiff
10307 W. Broad St. Suite 293
Glen Allen, VA 23060
804.592.0792
804.823.2565 (fax)
JKrumbein@KrumbeinLaw.com (e-mail)