IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| **JOY C. GRIFFITH,** | : |
| **Plaintiff,** | : |
| v. | : |
| | : CASE NO. 3:25-cv-00839-REP |
| **KLIMA, PETERS & DALY, P.A., P.C. et al.,** | : |
| **Defendants.** | : |

## DISCLOSURE OF CORPORATE AFFILIATIONS AND INTERESTS

Certificate required by Fed. R. Civ. P. 7.1 and Local Rule 7.1:

I, the undersigned, counsel of record for Defendant Klima Peters & Daly, P.A., P.C. ("Defendant"), certify that, to the best of my knowledge and belief, the following:

1. The legal name of Plaintiff is Defendant Klima Peters & Daly, P.A., P.C.; and

3. There are no parent companies, subsidiaries, or affiliates of Plaintiff which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this Court may determine the need for recusal.

Dated: January 5, 2026

/s/ Patrick K. Burns
Patrick K. Burns, Esq. (VSB: 80188)
GORDON REES SCULLY MANSUKHANI, LLP
277 S. Washington Street, Suite 550
Alexandria, VA 22314
T: (202) 399-1009
F: (202) 800-2999
E: pburns@grsm.com

*Counsel for Defendant Klima, Peters & Daly, P.A., P.C.*