IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



JOY C. GRIFFITH,

    Plaintiff,

v.                              Civil Action No. 3:25cv839

KLIMA, PETERS, & DALY, P.A., P.C.,

    Defendant.

### ORDER

Upon agreement of counsel at the Initial Pretrial Conference on February 17, 2026, it is hereby ORDERED that the parties shall submit their Fed. R. Civ. P. 26 disclosures by February 20, 2026.

    It is so ORDERED.

                                    /s/    REP
                              Robert E. Payne
                              Senior United States District Judge

Richmond, Virginia
Date: February 17, 2026