UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| Joy C. Griffith,<br>   PLAINTIFF,<br><br>v.<br><br>KLIMA, PETERS & DALY, P.A., P.C.<br>LVNV FUNDING, LLC<br>   DEFENDANTs. | CASE #: 3:25-CV-839-REP |

### NOTICE OF SETTLEMENT AS TO KLIMA, PETERS & DALY, P.A. P.C.

Comes now the Plaintiff, by counsel and give notice that Klima, Peters and Daly, P.A. P.C. has settled. An order will circulate within 21 days.

                                        Joy C. Griffith

                                        /s/ Jason M. Krumbein, Esq.
                                        Jason M. Krumbein, Esq. VSB#43538
                                        JKrumbein@KrumbeinLaw.com (e-mail)
                                        Counsel for Plaintiff
                                        10307 W. Broad St. Suite 293
                                        Glen Allen, VA 23060
                                        804.592.0792
                                        804.823.2565 (fax)

Jason M. Krumbein, Esq. VSB#43538
Counsel for Plaintiff
10307 W. Broad St. Suite 293
Glen Allen, VA 23060
804.592.0792
804.823.2565 (fax)
JKrumbein@KrumbeinLaw.com (e-mail)

CERTIFICATE OF SERVICE

I hereby certify that on this 12 March 2026 I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Joseph Tucker, Esq.
Laura Hooe, Esq.
Counsel for LVNV Funding, LLC

Patrick K. Burns, Esq.
Laurent Marshall Burnette, Esq.
Counsel for Klima, Peters & Daly P.A. P.C.

And to the following non-filing users:

NONE

                                                    /s/
Jason M. Krumbein, Esq. VSB# 43538
JKrumbein@KrumbeinLaw.com
Krumbein Consumer Legal Services, Inc.
10307 W. Broad St. Suite 293
Glen Allen, VA 23060
(804) 592-0792 - Telephone
(804) 823-2565 – Facsimile

Jason M. Krumbein, Esq. VSB#43538
Counsel for Plaintiff
10307 W. Broad St. Suite 293
Glen Allen, VA 23060
804.592.0792
804.823.2565 (fax)
JKrumbein@KrumbeinLaw.com (e-mail)