IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JOY C. GRIFFITH,

    Plaintiff,

v.                                                    Civil Action No. 3:25cv839

KLIMA, PETERS & DALY,
P.A., P.C., et al.,

    Defendants.

**ORDER**

Having reviewed the NOTICE OF SETTLEMENT (ECF No. 23) filed on March 12, 2026, and it appearing that the disputes in this action with defendant, Klima Peters & Daly, P.A., P.C., have been settled, it is hereby ORDERED that, pursuant to PRETRIAL SCHEDULE A, ¶ I.D (ECF No. 17-1), the parties shall electronically file a Stipulation of Dismissal by March 27, 2026.

It is so ORDERED.

_____/s/____REP_____
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: March __17__, 2026