UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| Joy C. Griffith,<br>    PLAINTIFF,<br><br>v.<br><br>KLIMA, PETERS & DALY, P.A., P.C.<br>LVNV FUNDING, LLC<br>    DEFENDANTs. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE #: 3:25-CV-839-REP<br><br><br><br><br>JURY TRIAL DEMANDED |

## STIPULATION OF DISMISSAL AS TO KLIMA, PETERS & DALY, P.A. P.C.

Come now the Plaintiff, by counsel and Klima, Peters & Daly, P.A. P.C., by counsel, and STIPULATE that this matter is dismissed with prejudice. The court shall retain jurisdiction to enforce any settlement agreement between the parties. Each party shall bear their own fees, costs and expenses.

Joy C. Griffith

___/s/ Jason M. Krumbein, Esq._____
Jason M. Krumbein, Esq. VSB#43538
JKrumbein@KrumbeinLaw.com (e-mail)
Counsel for Plaintiff
10307 W. Broad St. Suite 293
Glen Allen, VA 23060
804.592.0792
804.823.2565 (fax)

Klima, Peters & Daly, P.A. P.C.

_/s/ Patrick K. Burns_____
Patrick K. Burns, Esq. VSB#80188
pburns@grsm.com (email)
Gordon Rees Sculy Mansukhani, LLP
Counsel for Klima Peters & Daly
277 S. Washington St. Suite 550
Alexandria, VA 22314
202.399.1009
202.800.2999 (fax)

Jason M. Krumbein, Esq. VSB#43538
Counsel for Plaintiff
10307 W. Broad St. Suite 293
Glen Allen, VA 23060
804.592.0792
804.823.2565 (fax)
JKrumbein@KrumbeinLaw.com (e-mail)

CERTIFICATE OF SERVICE

I hereby certify that on this 1 April 2026 I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

**Joseph Tucker, Esq.**
**Laura Hooe, Esq.**
**Counsel for LVNV Funding, LLC**

**Patrick K. Burns, Esq.**
**Lauren Marshall Burnette, Esq.**
**Counsel for Klima, Peters & Daly, P.A. P.C**.

And to the following non-filing users:

NONE

_____/s/_____
Jason M. Krumbein, Esq. VSB# 43538
JKrumbein@KrumbeinLaw.com
Krumbein Consumer Legal Services, Inc.
10307 W. Broad St., Suite 293
Glen Allen, VA 23060
(804) 592-0792 - Telephone
(804) 823-2565 – Facsimile

Jason M. Krumbein, Esq. VSB#43538
Counsel for Plaintiff
10307 W. Broad St. Suite 293
Glen Allen, VA 23060
804.592.0792
804.823.2565 (fax)
JKrumbein@KrumbeinLaw.com (e-mail)