UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

Joy C. Griffith,                                      )
   PLAINTIFF,                                    )   CASE #: 3:25-CV-839-REP
                                                     )
v.                                                   )
                                                     )
KLIMA, PETERS & DALY, P.A., P.C.                     )
LVNV FUNDING, LLC                                    )   JURY TRIAL DEMANDED
   DEFENDANTs.                                   )

### CORRECTED STIPULATION OF DISMISSAL

### AS TO KLIMA, PETERS & DALY, P.A. P.C.

Come now the Plaintiff, by counsel and Klima, Peters & Daly, P.A. P.C., by counsel, and

STIPULATE that this matter is dismissed with prejudice pursuant to FRCP 41(a)(1)(A)(ii).

The court shall retain jurisdiction to enforce any settlement agreement between the parties.

Each party shall bear their own fees, costs and expenses.


Joy C. Griffith                              Klima, Peters & Daly, P.A. P.C.

   /s/ Jason M. Krumbein, Esq.                /s/ Patrick K. Burns
Jason M. Krumbein, Esq. VSB#43538            Patrick K. Burns, Esq. VSB#80188
JKrumbein@KrumbeinLaw.com (e-mail)           pburns@grsm.com (email)
Counsel for Plaintiff                        Gordon Rees Sculy Mansukhani, LLP
10307 W. Broad St. Suite 293                 Counsel for Klima Peters & Daly
Glen Allen, VA 23060                         277 S. Washington St. Suite 550
804.592.0792                                 Alexandria, VA 22314
804.823.2565 (fax)                           202.399.1009
                                             202.800.2999 (fax)

Jason M. Krumbein, Esq. VSB#43538
Counsel for Plaintiff
10307 W. Broad St. Suite 293
Glen Allen, VA 23060
804.592.0792
804.823.2565 (fax)
JKrumbein@KrumbeinLaw.com (e-mail)

CERTIFICATE OF SERVICE

I hereby certify that on this 6 April 2026 I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

**Joseph Tucker, Esq.**
**Laura Hooe, Esq.**
**Counsel for LVNV Funding, LLC**

**Patrick K. Burns, Esq.**
**Lauren Marshall Burnette, Esq.**
**Counsel for Klima, Peters & Daly, P.A. P.C**.

And to the following non-filing users:

NONE

_____/s/_____
Jason M. Krumbein, Esq. VSB# 43538
JKrumbein@KrumbeinLaw.com
Krumbein Consumer Legal Services, Inc.
10307 W. Broad St., Suite 293
Glen Allen, VA 23060
(804) 592-0792 - Telephone
(804) 823-2565 – Facsimile

Jason M. Krumbein, Esq. VSB#43538
Counsel for Plaintiff
10307 W. Broad St. Suite 293
Glen Allen, VA 23060
804.592.0792
804.823.2565 (fax)
JKrumbein@KrumbeinLaw.com (e-mail)